UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RUDOLPH J. LIEDTKE and<br>RJL SCIENCES, INC. d/b/a<br>RJL SYSTEMS, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)  CRIMINAL NO.: 05-CR-10088-EFH<br>)<br>)<br>)<br>)<br>) |

### MOTION TO ADMIT ROBERT M. KALEC PRO HAC VICE

I, Scott P. Lopez, a member in good standing of the Massachusetts Bar and the United States District Court, District of Massachusetts, hereby move this Honorable Court that Robert M. Kalec, be admitted to appear in the United States District Court, District of Massachusetts in the above-captioned matter.

Mr. Kalec's Affidavit in support of this motion is attached hereto.

Respectfully submitted,

/s/ Scott P. Lopez
Scott P. Lopez
BBO # 549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on April 19, 2005.

/s/ Scott P. Lopez

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) CRIMINAL NO.: 05-CR-10088-EFH<br>RUDOLPH J. LIEDTKE and )<br>RJL SCIENCES, INC. d/b/a )<br>RJL SYSTEMS, INC., )<br>Defendants. )<br>) | |

AFFIDAVIT OF ROBERT M. KALEC IN
SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I, Robert M. Kalec, on oath, depose and say of my own personal knowledge that:

1. I am a duly licensed attorney in good standing in the State of Michigan. *See* Certificate of Good Standing attached hereto as Exhibit A.

2. I am a partner in the law firm of Dean & Fulkerson, located at 801 West Big Beaver Rd., Fifth Floor, Troy, Michigan, 48084.

3. I am also a member in good standing of the following the District of Columbia since 1980 and the State of Illinois since 1990.

4. I have been admitted to practice before the Supreme Court of the United States of America since 1984.

5. Also, I have been admitted to practice before the following Federal District Courts:

   a. United States District Court for District of Columbia;

   b. United States District Court for the Eastern District of Michigan;

  c. United States District Court for the Western District of Michigan;

  d. United States District Court for the Northern District of Illinois; and

  e. United States District Court for the Northern District of California.

6. In addition, I was a trial attorney for the US Department of Justice, Civil Division, from 1982-1985 and an Assistant United States Attorney in the Eastern District of Michigan from 1985-1990, during which time I was assigned to the Narcotics Unit and the Organized Crime Drug Enforcement Task Force.

7. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 15TH DAY OF APRIL, 2005.

_____
Robert M. Kalec

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on April 19, 2005.

_____
Scott P. Lopez

2

# EXHIBIT "A"

# State Bar of Michigan

## Certificate

### of Good Standing



This certifies that Robert M. Kalec, P38677 of Troy, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on May 6, 1986 in Oakland County.



Chad Sluss
Member Services
April 08, 2005