UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>) CRIMINAL NO.: 05-CR-10088-EFH<br>RUDOLPH J. LIEDTKE and )<br>RJL SCIENCES, INC. d/b/a )<br>RJL SYSTEMS, INC., )<br>    Defendants. )<br>) | |

NOTICE OF APPEARANCE

    Kindly enter my appearance for defendants Rudolph J. Liedtke and RJL Sciences, Inc., d/b/a RJL Systems, Inc. in the above-captioned matter.

Respectfully submitted,

_____
Scott P. Lopez
BBO # 549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on April 19, 2005.

_____
Scott P. Lopez