# CERTIFIED RESOLUTION OF BOARD OF DIRECTORS
## OF
## RJL SCIENCES, INC. A/K/A RJL SYSTEMS, INC.

I, Robert E. Gesell, do hereby certify that I am the duly elected Secretary of RJL Sciences, Inc. a/k/a RJL Systems, Inc., a Michigan corporation, and that a meeting of its Board of Directors held at its offices in Clinton Township, Michigan on Wednesday, March 30, 2005, at which meeting all of the Directors were present in person and voting throughout, the following resolutions were unanimously adopted:

>WHEREAS, the Board of Directors of the Corporation have complete authority to manage the property, business and affairs of the Corporation including but not limited to the execution and delivery of any and all contracts and agreements on behalf of the Corporation;
>
>WHEREAS, the U.S. Department of Justice has presented to the Corporation an Information and a proposed Plea Agreement both of which have been reviewed by the Board of Directors;
>
>WHEREAS, the Board of Directors have consulted with legal counsel to the Corporation in connection with the matters contained in said Information and Plea Agreement;
>
>WHEREAS, the Board of Directors, after such review and consultation, deems it to be in the best interest of the Corporation and its shareholders to enter into the proposed Plea Agreement.
>
>NOW, THEREFORE, BE IT RESOLVED, that the proposed Plea Agreement be and hereby is accepted and approved and that the Corporation is hereby authorized to plead guilty to the charges specified in said Plea Agreement.
>
>BE IT FURTHER RESOLVED, that Rudolph J. Liedtke, President of the Corporation, be and he hereby is authorized and directed to execute and deliver the Plea Agreement and to execute and deliver all other documents necessary to carry out the provisions of the Plea Agreement and to take such further actions as may be required in order to effectuate all of the provisions of these resolutions.

I further certify that the foregoing resolutions have not been rescinded, altered or amended and now remain in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of RJL Sciences, Inc. a/k/a RJL Systems, Inc. on this 30th day of March 2005.

_____
Robert E. Gesell, Secretary

I, a Director of said Corporation, do hereby certify that the foregoing is a correct copy of the resolutions§ adopted as above set forth.

_____
Rudolph J. Liedtke, Director

{P0160030:1}