Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10088-EFH |
| ) | |
| RJL SCIENCES, INC., d/b/a ) | |
| RJL SYSTEMS INC. ) | |

## WAIVER OF INDICTMENT

RJL SCIENCES INC. d/b/a RJL SYSTEMS INC., the above-named defendant, who is accused of a violation of 18 U.S.C. §371 conspiracy to commit an offense the United States that is 21 U.S.C. §§331(a) 333a(2) being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on April 19, 2005 hereby waives prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

4-20-05