# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                    CR. NO.: 05-10088-EFH

RUDOLPH J. LIEDTKE

## SCHEDULING ORDER

April 26, 2005

HARRINGTON, S.D.J.

    The disposition herein is scheduled for **Tuesday, September 13, 2005**, at 2:00 P.M., in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

                                    /s/ Edward F. Harrington
                                    EDWARD F. HARRINGTON
                                    United States Senior District Judge