UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                                                )<br>)<br>RUDOLPH J. LIEDTKE                                           )<br>RJL SCIENCES, INC., d/b/a                                   )<br>RJL SYSTEMS, INC. and                                       )<br>)<br>_____ ) | Criminal No. 05-CR-10088-EFH |

### MOTION TO CONTINUE SENTENCING
### (Assented To)

Now comes the United States of America, by and through its attorney, Michael J. Sullivan, and requests the Court to continue the sentencing of the defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, in this case from September 13, 2005 until a date on or after December 15, 2005, for the following reasons:

1. The defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, have entered into Plea Agreements with the government which require the defendants to, among other things, cooperate fully with law enforcement agents and government attorneys, and requires that the defendants, including RJL's employees, testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases. The defendants' cooperation is not yet complete.

2. In his Plea Agreement the defendants have waived any rights they may have to prompt sentencing and agreed to join in any requests by the U.S. Attorney that sentencing be postponed until Defendants' cooperation are complete, in order to enable the Court to have the benefit of all relevant sentencing information. All relevant sentencing information is not yet available and is not expected to be available until --at the earliest– December,

2005. Therefore, the government requests that sentencing in this case be continued until a date on or after December 15, 2005.

3. The parties have conferred pursuant to L. R. 7.1. Defendant's counsel assents to this motion.

Wherefore, the United States requests the Court to continue sentencing in this case from September 13, 2005 until a date on or after December 15, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Mary Elizabeth Carmody

MARY ELIZABETH CARMODY
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3290

**CERTIFICATION PURSUANT TO L. R. 7.1 (A)(3)**

I hereby certify that on August 2, 2005, I conferred with the office of the attorney of record for the defendant by telephone to confer regarding the issues presented in this motion. Counsel for the defendant assented to this motion.

/s/ Mary Elizabeth Carmody
_____
MARY ELIZABETH CARMODY

**CERTIFICATE OF SERVICE**

I hereby certify that on a true copy of the above document was served upon the attorney of record for each other party by mail on August 3, 2005.

/s/ Mary Elizabeth Carmody
_____
MARY ELIZABETH CARMODY
Assistant U.S. Attorney