# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RUDOLPH J. LIEDTKE

CR. NO.: 05-10088-EFH

## SCHEDULING ORDER

August 4, 2005

HARRINGTON, S.D.J.

The disposition herein is re-scheduled from September 13, 2005 to **Tuesday, December 13, 2005**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge