UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
     v.                             )  Criminal No. 05-CR-10088-EFH
                                    )
RUDOLPH J. LIEDTKE                  )
RJL SCIENCES, INC., d/b/a           )
RJL SYSTEMS, INC. and               )
                                    )
_____)

## MOTION TO FURTHER CONTINUE SENTENCING
### (Assented To)

Now comes the United States of America, by and through its attorney, Michael J. Sullivan, and requests the Court to continue the sentencing of the defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, in this case from December 13, 2005 until a date on or after February 16, 2006, for the following reasons:

1.  The defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, have entered into Plea Agreements with the government which require the defendants to, among other things, cooperate fully with law enforcement agents and government attorneys, and requires that the defendants, including RJL's employees, testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases.  The defendants' cooperation is not yet complete.

2.  In his Plea Agreement the defendants have waived any rights they may have to prompt sentencing and agreed to join in any requests by the U.S. Attorney that sentencing be postponed until Defendants' cooperation are complete, in order to enable the Court to have the benefit of all relevant sentencing information.  All relevant sentencing information

is not yet available and is not expected to be available until --at the earliest– February 16, 2006.

    3. Lead counsel for the United States will be out of the office for medical reasons from October 26, 2005 and is not expected to return to the office until December 12, 2005. Therefore, she will not be available during the time-frame for the current sentencing date.

    4. In addition, all relevant sentencing information is not yet available and is not expected to be available until --at the earliest– February 16, 2006.  Therefore, the government requests that sentencing in this case be continued until a date on or after February 16, 2006.

    5. The parties have conferred pursuant to L. R. 7.1.  Defendant's counsel assents to this motion.  Defense counsel wishes to advise the Court that he be unavailable during the week of February 20-24, 2006.

    Wherefore, the United States requests the Court to continue sentencing in this case from December 13, 2005 until a date on or after February 16, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Mary Elizabeth Carmody

    MARY ELIZABETH CARMODY
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
    United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3290

**CERTIFICATION PURSUANT TO L. R. 7.1 (A)(3)**

I hereby certify that on October 24, 2005, I conferred with the office of the attorney of record for the defendant by telephone to confer regarding the issues presented in this motion. Counsel for the defendant assented to this motion.

/s/ Mary Elizabeth Carmody
_____
MARY ELIZABETH CARMODY

**CERTIFICATE OF SERVICE**

I hereby certify that on a true copy of the above document was served upon the attorney of record for each other party by mail on October 25, 2005.

/s/ Mary Elizabeth Carmody
_____
MARY ELIZABETH CARMODY
Assistant U.S. Attorney