UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
UNITED STATES OF AMERICA,  )
                                                        )
                  v.                                  )
                                                        )   CRIMINAL NO.:  05-CR-10088-EFH
RUDOLPH J. LIEDTKE and       )
RJL SCIENCES, INC. d/b/a       )
RJL SYSTEMS, INC.,                  )
           Defendants.                       )
_____)

JOINT MOTION TO CONTINUE DEFENDANTS' SENTENCING AND
TO EXTEND THE TIME FOR FILING OBJECTIONS TO
DEFENDANTS' PRESENTENCE REPORTS
_____

The parties hereby move, by and through undersigned counsel, that the Court continues defendants' sentencing in this matter, currently scheduled for February 16, 2006, to either April 25th, April 26th or April 27th 2006 or some other date in late April, 2006, convenient for the Court. In addition, the parties hereby move to extend the time for filing objections to defendants' Presentence Report, currently due today, to February 13, 2006. In support of this motion, the parties state the following:

1. Defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, have entered into Plea Agreements with the government that requires defendants to, among other things, cooperate fully with law enforcement agents and government attorneys, and further requires defendants to testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases. To date, the defendants' cooperation is not yet complete.

2.	Defendants' Plea Agreements also contain provisions waiving defendants' rights to a prompt sentencing and requiring defendants to join in any requests by the U.S. Attorney's Office that sentencing be postponed until the cooperation of defendants is complete and to enable the Court to have the benefit of such cooperation at the time of sentencing.  At present, defendants' cooperation is not complete and is not expected to be complete until – at the earliest – late April, 2006.  Therefore, the parties hereby request that sentencing in the above case be continued to either April 25th, April 26th or April 27th 2006, or some other date in late April, 2006, convenient for the Court.

3.	In addition, due to the trial schedule of defendants' primary defense counsel, Robert M. Kalec, Esq., additional time is also needed to file objections to defendants' Presentence Report, both of which exceed 40 pages.  Accordingly, the parties request that the time to file objections be extended from today, January 26, 2006, to February 13, 2006.

WHEREFORE, the parties jointly request the Court to allow this motion.

| | |
|---|---|
| Respectfully submitted,<br>By Defendants,<br>RJL SCIENCES, INC., and<br>RUDOLPH J. LIEDTKE<br>By their attorney, | Respectfully submitted,<br>MICHAEL J. SULLIVAN<br>United States Attorney |
| \_\_\_\_\_/S/  Scott P. Lopez\_\_\_\_\_<br>Scott P. Lopez (BBO# 549556)<br>Law Office of Scott P. Lopez<br>24 School Street, 8th Floor<br>Boston, MA  02108<br>(617) 742-5700 | \_\_\_\_\_/S/ Mary Elizabeth Carmody<br>Mary Elizabeth Carmody<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John Joseph Moakley<br>United States Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3290 |

Dated:  January 26, 2006

LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the government, Assistant U.S. Attorney Mary Elizabeth Carmody by telephone today, January 26, 2006 and left a voicemail message for Senior U.S. Probation Officer, Jennifer D. Sinclair, in a good faith attempt to resolve or narrow the issues in this motion.

/S/  Scott P. Lopez
Scott P. Lopez

CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 26th day of January 2006, I served the within JOINT MOTION TO CONTINUE SENTENCING AND TO EXTEND THE TIME FOR FILING OBJECTIONS TO DEFENDANTS' PRESENTENCE REPORTS by electronic mail on the following counsel of record at the following address:

Mary Elizabeth Carmody
Assistant United States Attorney
United States Attorney
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3392
Mary.Carmody2@usdoj.gov

Jennifer D. Sinclair
Senior U.S. Probation Officer
United States District Court
District of Massachusetts
Probation Office
One Courthouse Way, Suite 1200
Boston, MA 02210
617-748-9209
Jennifer_Sinclair@map.uscourts.gov

/S/  Scott P. Lopez
Scott P. Lopez