# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR. NO.:  05-10088-EFH |
| RUDOLPH J. LIEDTKE and RJL SCIENCES, INC. d/b/a RJL SYSTEMS, INC., | |

## SCHEDULING ORDER

January 31, 2006

HARRINGTON, S.D.J.

The disposition herein is scheduled for **Wednesday, April 26, 2006**, at 2:00 P.M., in Courtroom No. 13 on the Fifth Floor.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge