UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal No. 05-CR-10088-EFH |
| RUDOLPH J. LIEDTKE<br>RJL SCIENCES, INC., d/b/a<br>RJL SYSTEMS, INC. and | ) | |

**MOTION TO FURTHER CONTINUE SENTENCING**
**(Assented To)**

Now comes the United States of America, by and through its attorney, Michael J. Sullivan, and requests the Court to continue the sentencing of the defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, in this case from April 26, 2006 until a date on or after September 15, 2006, for the following reasons:

1. The defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, have entered into Plea Agreements with the government which require the defendants to, among other things, cooperate fully with law enforcement agents and government attorneys, and requires that the defendants, including RJL's employees, testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases. The defendants' cooperation is not yet complete.

2. In his Plea Agreement the defendants have waived any rights they may have to prompt sentencing and agreed to join in any requests by the U.S. Attorney that sentencing be postponed until Defendants' cooperation are complete, in order to enable the Court to have the benefit of all relevant sentencing information. All relevant sentencing information is not yet available and is

not expected to be available until --at the earliest– February 16, 2006.

    3.  Lead counsel for the defendant has an appellate argument before the Sixth Circuit Court of Appeals on the morning of April 27, 2006.  For this and the reasons set forth above, the defendant's counsel joins in this request for a continuance.

    4.  In addition, because the defendants' on-going cooperation is not complete, all relevant sentencing information is not yet available and is not expected to be available before September 15, 2006.  Therefore, the government requests that sentencing in this case be continued until a date on or after September 15, 2006.

    5.  The parties have conferred pursuant to L. R. 7.1.  Defendant's counsel assents to this motion.

    Wherefore, the United States requests the Court to continue sentencing in this case from April 26, 2006 until a date on or after September 15, 2006.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Mary Elizabeth Carmody

    MARY ELIZABETH CARMODY
    Assistant U.S. Attorney
    U. S. Attorney's Office
    John Joseph Moakley
      United States Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3290

3

**CERTIFICATION PURSUANT TO L. R. 7.1 (A)(3)**

  I hereby certify that on April 11, 12 and 13, 2006, I conferred with the office of the attorney of record for the defendant by telephone to confer regarding the issues presented in this motion. Counsel for the defendant assented to and joins the request in this motion.

                /s/ Mary Elizabeth Carmody
                _____
                MARY ELIZABETH CARMODY

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                /s/ Mary Elizabeth Carmody
                _____
                MARY ELIZABETH CARMODY
                Assistant U.S. Attorney

Date: April 13, 2006