# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RUDOLPH J. LIEDTKE,
RJL SCIENCES, INC. d/b/a
RJL SYSTEMS, INC.

CR. NO.:  05-10088-EFH

## REVISED SCHEDULING ORDER

April 18, 2006

HARRINGTON, S.D.J.

    The disposition herein is re-scheduled from April 26, 2006 to **Wednesday, September 27, 2006**, at 2:00 P.M., in Courtroom No. 13 on the Fifth Floor.

    SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge