UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-CR-10088-EFH |
| | ) | |
| RUDOLPH J. LIEDTKE | ) | |
| RJL SCIENCES, INC., d/b/a | ) | |
| RJL SYSTEMS, INC. and | ) | |
|         Defendants. | ) | |
| | ) | |
| _____) | | |

### JOINT MOTION TO FURTHER CONTINUE SENTENCING
### FROM SEPTEMBER 18, 2006 TO MARCH, 2007

Now come the parties by their attorneys and request the Court to continue the sentencing of the defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, in this case from September 18, 2006 until a date on or after March 15, 2007, for the following reasons:

1. The defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, have entered into Plea Agreements with the government which require the defendants to, among other things, cooperate fully with law enforcement agents and government attorneys, and requires that the defendants, including RJL's employees, testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases. The defendants' cooperation is not yet complete.

2. In his Plea Agreement the defendants have waived any rights they may have to prompt sentencing and agreed to join in any requests by the U.S. Attorney that sentencing be postponed until Defendants' cooperation are complete, in order to enable the Court to have the benefit of all relevant sentencing information. All relevant sentencing information is not yet available and is

not expected to be available until --at the earliest– March 15, 2007.

     3.  In addition, because the defendants' on-going cooperation is not complete, all relevant sentencing information is not yet available and is not expected to be available before March 15, 2007.  Therefore, the government requests that sentencing in this case be continued until a date on or after March 15, 2007.

     5.  The parties have conferred pursuant to L. R. 7.1.  Defendant's counsel joins in this motion.

     Wherefore, the United States and the defendants jointly request the Court to continue sentencing in this case from September 18, 2006 until a date on or after March 15, 2007.

                               Respectfully submitted,

| Counsel for Defendants Rudolph J. Liedtke and RJL Sciences, Inc., d/b/a RJL Systems, Inc.: | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|
| /s/ Robert M. Kalec | By: /s/ *Mary Elizabeth Carmody* |
| ROBERT M. KALEC, ESQ.<br>Dean & Fulkerson<br>801 West Big Beaver Road, 5th Floor<br>Troy, MI 48084<br>(248) 362-1300 | MARY ELIZABETH CARMODY<br>Assistant U.S. Attorney<br>U. S. Attorney's Office<br>John Joseph Moakley<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3290 |
| and<br>Scott P. Lopez<br>Law Office of Scott P. Lopez<br>24 School Street, 8th Floor<br>Boston, MA 02108<br>BBO # 549556<br>(617) 742-5700 | and<br>SONDRA L. MILLS<br>    Trial Attorney<br>United States Department of Justice<br>Office of Consumer Litigation<br>P.O. Box 386<br>Washington, D.C.  20044<br>(202) 616-2375 |

**CERTIFICATION PURSUANT TO L. R. 7.1 (A)(3)**

I hereby certify that on August 29, 2006, the parties conferred and counsel for the defendant assented to this motion.

*/s/ Mary Elizabeth Carmody*
_____
MARY ELIZABETH CARMODY

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Mary Elizabeth Carmody*
_____
MARY ELIZABETH CARMODY
Assistant United States Attorney

Date: August 29, 2006