# TAKE NOTICE THAT THE FOLLOWING CASES WILL BE CALLED FOR STATUS CONFERENCE ON TUESDAY, DECEMBER 19, 2006, AT 11:OO A.M. BEFORE HON. EDWARD F. HARRINGTON, U.S.S.D.J., IN COURTROOM NO. 13, 5th FLOOR, U. S. COURTHOUSE, BOSTON, MASSACHUSETTS

United States v. Stephen DiCenso, Cr. No. 00-10227

United States v. Juan David Restrepo-Jimenez, Cr. No. 04-10356

United States v. Rudolph Liedtke and RJL Sciences, Inc., Cr. No. 05-10088

United States v. Samuel Argueta, Cr. No. 06-10265