# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RUDOLPH J. LIEDTKE and
RJL SCIENCES, INC. d/b/a
RJL SYSTEMS, INC.,

CR. NO.: 05-10088-EFH

## REVISED SCHEDULING ORDER

September 5, 2006

HARRINGTON, S.D.J.

The disposition herein is re-scheduled from March 27, 2007 to **Wednesday, September 26, 2007**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge