**UNITED STATES DSTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>     Plaintiff  )<br>  )<br>v.  )<br>  )  **CRIMINAL NO.: 05-CR-10088-EFH**<br>  )<br>**RUDOLPH LIEDTKE and**  )<br>**RJL SCIENCES, INC. d/b/a,**  )<br>**RJL SYSTEMS, INC.,**  )<br>     Defendants.  )  |  |

**ASSENTED-TO MOTION TO CONTINUE DEFENDANTS' SENTENCING**

Defendants hereby move, by and through undersigned counsel, that the Court continues defendants' sentencing in this matter, currently scheduled for September 26, 2007, to either December 20, 2007, or some other date in late December, 2007, convenient for the Court. In support of this motion, defendants state the following:

1. Defendants, RJL Sciences, Inc., d/b/a RJL Systems, Inc., and Rudolph J. Liedtke, have entered into Plea Agreements with the government that require defendants to, among other things, cooperate fully with law enforcement agents and government attorneys, and further require defendants to testify truthfully and completely before any grand jury, and at any hearing and trial in this and any related cases. To date, the defendants' cooperation is ongoing.

2. Defendants' Plea Agreements also contain provisions waiving defendants' rights to a prompt sentencing to enable the Court to have the full benefit of such cooperation at the time of their sentencing. Therefore, the parties hereby request that sentencing in the above case be

continued to either December 20, 2007, or some other date in late December, 2007, convenient for the Court.

    3.    Finally, the government assents to this motion.

WHEREFORE, defendants respectfully request the Court to allow this motion.

> Respectfully submitted,
> By Defendants,
> RJL SCIENCES, INC., and
> RUDOLPH J. LIEDTKE
> By their attorney,
>
>   /s/ Scott P. Lopez
> Scott P. Lopez (BBO# 549556)
> Law Office of Scott P. Lopez
> 24 School Street, 8th Floor
> Boston, MA 02108
> (617) 742-5700

Dated: August 30, 2007

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the government, Assistant U.S. Attorney Mary Elizabeth Carmody by telephone today, August 30, 2007 in a good faith attempt to resolve or narrow the issues in this motion.

  /s/ Scott P. Lopez
Scott P. Lopez

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to defendant and those indicated as the non-registered participants on August 30, 2007.

  /s/ Scott P. Lopez
Scott P. Lopez