UNITED STATES DSTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) |  |
| **UNITED STATES OF AMERICA,** | ) |  |
|     **Plaintiff** | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **CRIMINAL NO.: 05-CR-10088-EFH** |
|  | ) |  |
| **RUDOLPH LIEDTKE and** | ) |  |
| **RJL SCIENCES, INC. d/b/a,** | ) |  |
| **RJL SYSTEMS, INC.,** | ) |  |
|     **Defendants.** | ) |  |
| _____) |  |  |

**NOTICE OF CHANGE OF ADDRESS**
_____

Undersigned counsel for defendants Rudolph Liedtke, et al., hereby notifies this Honorable Court, and all parties and counsel of record, of the firm's change of address, effective February 1, 2008:

> Law Office of Scott P. Lopez
> One Commercial Wharf West
> Boston, Massachusetts 02110

The firm's telephone and facsimile numbers will remain the same. Kindly change your records accordingly.

Respectfully submitted,

  /s/ Scott P. Lopez
Scott P. Lopez, BBO # 549556
Law Office of Scott P. Lopez
One Commercial Wharf West
Boston, MA  02110
(617) 742-5700 (tel)
(617) 742-5715 (fax)
lopez@lopezlaw.com

Dated:  February 1, 2008

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to defendant and those indicated as the non-registered participants on February 1, 2008.

                                                                /s/ Scott P. Lopez
                                                            Scott P. Lopez