## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CR. NO.: 05-10088-EFH |
| RUDOLPH J. LIEDTKE and FJL SCIENCES, INC., d/b/a RJL SYSTEMS, INC. | |

## SCHEDULING ORDER

March 5, 2008

HARRINGTON, S.D.J.

The disposition previously scheduled for Wednesday, March 19, 2008, is hereby **rescheduled** to **Tuesday, May 20, 2008** at **10:00 a.m.**, in Courtroom No. 13 on the 5th Floor.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge