# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                         CR. NO.: 05-10088-EFH

RUDOLPH J. LIEDTKE and
RJL SCIENCES, INC., d/b/a
RJL SYSTEMS, INC.

## **SCHEDULING ORDER**

May 14, 2008

HARRINGTON, S.D.J.

      The disposition previously scheduled for Tuesday, May 20, 2008, is hereby **rescheduled**

to **Wednesday, September 24, 2008** at **2:00 p.m.**, in Courtroom No. 13 on the 5th Floor.

      SO ORDERED.

                              /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge